# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE BANK OF INDIA, | : |
| *Plaintiff,* | : |
| | : Civil Action No. 7:22-MC-304 |
| v. | : |
| SBI HOLDINGS, INC. | : |
| *Defendant.* | : |

## ORDER

**AND NOW**, this  7th  day of  November , 2022, it is hereby **ORDERED** and **DECREED** that the Motion to issue a subpoena to a New York resident for use in connection with Trademark Trial and Appeal Board cancellation proceeding no. 92076287 is hereby **GRANTED** and the subpoena attached to the memorandum of law is deemed issued by this Court.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.